**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JENNIFER M. HAYES, | : | CIVIL NO. 1:24-cv-02103 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**ORDER**
June 1, 2026

For the reasons set forth in the Memorandum Opinion filed concurrently

with this Order, **IT IS ORDERED** that the Commissioner's decision is

**AFFIRMED.**  The Clerk of Court shall enter judgment in favor of the

Commissioner and against the plaintiff and then close this case.

_**S/Susan E. Schwab**_
Susan E. Schwab
United States Magistrate Judge
